An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESSICA LORRAINE ROBERTSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64051

**FILED**

OCT 21 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER OF REMAND*

This is an appeal from a district court order denying a post-conviction petition and supplemental petition for a writ of habeas corpus. Second Judicial District Court, Washoe County; Jerome Polaha, Judge.

Appellant's counsel has filed a motion to withdraw this appeal. In support of the motion, appellant's counsel indicates that the district court granted appellant's motion for reconsideration and asserts that the district court's action has rendered this appeal moot. A copy of the district court's order granting reconsideration is attached to the motion.

The district court lacked jurisdiction to grant the motion for reconsideration after the notice of appeal had been filed. *See* NRS 177.155, NRS 177.305; *Foster v. Dingwall*, 126 Nev. ___, ___, 228 P.3d 453, 454-55 (2010); *Buffington v. State*, 110 Nev. 124, 126, 868 P.2d 643, 644 (1994). If the district court was inclined to grant appellant relief on her motion for reconsideration, the appropriate action was to follow the procedure put forth in *Foster*. 126 Nev. at ___, 228 P.3d at 455. Nevertheless, under the circumstances, we elect to treat appellant's motion as a motion for remand to the district court and the district court's

SUPREME COURT
OF
NEVADA

(O) 1947A

13-31524

order as certification of the district court's intention to grant reconsideration. We grant the motion and we

ORDER this matter REMANDED to the district court.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Jerome Polaha, District Judge
       Mary Lou Wilson
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

---

[1]This order constitutes our final disposition of this appeal. Any subsequent appeal shall be docketed as a new matter.